

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2021

No. 04-21-00343-CV

### IN RE SATURNINO NIRA AND ASPHALT INC. L.L.C.,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23616
Honorable Cynthia Marie Chapa, Judge Presiding

### O R D E R
Original Proceeding[1]

Sitting:        Luz Elena D. Chapa, Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

On August 17, 2021, relators filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondents and the real parties in interest may file a response to the petition in this court **no later than September 21, 2021.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for a stay is GRANTED. The September 7, 2021 trial setting is STAYED pending final resolution of the petition for writ of mandamus.

---

[1] This proceeding arises out of Cause No. 2018-CI-23616, styled *Alyson Lewis v. Saturnin Nira and Asphalt Inc. LLC d/b/a Lone Star Paving*, pending in the 288th Judicial District Court, Bexar County, Texas. The orders at issue in this original proceeding were signed by the Honorable Angelica Jimenez, Presiding Judge of the 408th Judicial District Court, Bexar County, Texas; the Honorable David Canales, Presiding Judge of the 73rd Judicial District Court, Bexar County, Texas; the Honorable Tina Torres, Presiding Judge of the 407th Judicial District Court, Bexar County, Texas; and the Honorable Cynthia Marie Chapa, Presiding Judge of the 288th Judicial District Court, Bexar County, Texas.

It is so **ORDERED** September 1, 2021.

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT

**PER CURIAM**

